IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW ORTIZ                                                                    PLAINTIFF

v.                              No. 4:15-cv-747-DPM

MIKI PETROVSKI; MAKTRANS
LOGISTICS, INC.; and JOHN DOES 1–6                                      DEFENDANTS

ORDER

Unopposed motion, № 13, granted. For good cause, the Court sets aside the default against Maktrans Logistics. FED. R. CIV. P. 55(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2016