IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANDREW ORTIZ**                                                                                    PLAINTIFF

v.                                   No. 4:15-cv-747-DPM

**MIKI PETROVSKI; MAKTRANS
LOGISTICS, INC.; and JOHN DOES 1–6**                              DEFENDANTS

ORDER

Notice of voluntary dismissal, № 17, noted. Ortiz's claims against Miki Petrovski are dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

11 March 2016