# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANDREW ORTIZ                                                                    PLAINTIFF

v.                              No. 4:15-cv-747-DPM

MAKTRANS LOGISTICS, INC.;
and JOHN DOES 1–6                                                              DEFENDANTS

## ORDER

Notice, № 24, appreciated, construed as a joint motion to dismiss, and granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016