IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW ORTIZ                                                                PLAINTIFF

v.                           No. 4:15-cv-747-DPM

MIKI PETROVSKI; MAKTRANS
LOGISTICS, INC.; and JOHN
DOES 1-6                                                                    DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2016